**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jared Klingenberg, et ux., <br>       Plaintiffs, <br> vs. <br> Blueline Auto group, Inc., <br>       Defendant. | No. CV-12-00851-PHX-PGR <br><br> ORDER |

The parties having filed a Stipulation for to Dismiss With Prejudice (Doc. 27) which is sufficient to automatically effectuate the dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) without the necessity of a court order, Eitel v. McCool, 782 F.2d 1470, 1472-73 and n.4 (9th Cir.1986),

IT IS ORDERED that the Clerk of the Court shall terminate this action.

DATED this 7th day of March, 2013.

_[signature]_
Paul G. Rosenblatt
United States District Judge